1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MARYLAND

3

4    UNITED STATES OF AMERICA

5        VS.                    CRIMINAL NO. GLR-14-0100

6    COMPANIA SUD AMERICANA DE
     VAPORES S.A.

7                    DEFENDANT

8
                              Baltimore, Maryland

9
                              May 1, 2014

10

11

         The above-entitled case came on for a guilty plea

12
     and sentencing before the Honorable George Levi

13
     Russell, III, United States District Judge

14

15

16              A P P E A R A N C E S

17

18   For the Government:

19        Jon B. Jacobs, Esquire
          Carsten M. Reichel, Esquire

20

21   For the Defendant:

22        Steven F. Cherry, Esquire
          Todd F. Braunstein, Esquire

23

24

25   Gail A. Simpkins, RPR
     Official Court Reporter

1                   P R O C E E D I N G S

2          THE COURT:  Mr. Jacobs, call the case for me,

3     please.

4          MR. JACOBS:  Yes, Jon Jacobs for the United

5     States.  With me, my co-counsel, Carsten Reichel, and

6     our case agent, Rob Guynn from the FBI.

7          THE COURT:  Good morning.

8          MR. REICHEL:  Good morning, Your Honor.

9          MR. CHERRY:  Your Honor, I'm Steve Cherry.  I'm

10    with the law firm of Wilmer Cutler Pickering Hale and

11    Dorr, and representing Compania Sud Americana de

12    Vapores.  With me is the company's representative, the

13    general counsel, Pablo Bauer, and my colleague, Todd

14    Braunstein.

15         THE COURT:  Good morning to you.

16         MR. CHERRY:  Thank you.

17         THE COURT:  I know that the paper submitted,

18    there is an initial appearance, arraignment, guilty

19    plea on the information, as well as moving right to

20    sentencing if the Court agrees with the parties'

21    recommended sentence of the $8.9 million fine, to be

22    divided in four annual payments.

23         The last payment would be $2.15 million, and the

24    other payments, the total amount would be for 2.25

25    million for the first three years, and then 2.15

1    million for the fourth year.

2         The parties are seeking to have the Court depart

3    from the guideline range of the fine to get to the 8.9

4    million based upon the reasons submitted in the Joint

5    Sentencing Memoranda.  I will address those later on

6    in the proceeding, but the Court is at this point in

7    time willing to accept the recommendations by the

8    parties, made by the parties, and bind itself to the

9    recommended sentence in the case.

10        It seems to me that we have to put the corporate

11   representative, Mr. Bauer, under oath, and he would

12   answer the questions pursuant to the plea colloquy as

13   any other defendant would.

14        The Court certainly understands that Mr. Bauer

15   is not accused of, or for making representations of

16   his own individual criminal culpability in the events

17   giving rise to this; but nevertheless, he is speaking

18   on behalf of the corporation and he has to acknowledge

19   and waive the very important trial rights, as well as

20   appellate rights associated with a rearraignment or

21   arraignment in this case.

22        So if we could, I will have Mr. Bauer placed

23   under oath, and we can proceed.

24        THE CLERK:  You can stand right there.  That's

25   fine.  Just raise your right hand for me, please.

1            (The defendant was duly sworn.)

2            THE CLERK:  Please state your full name for the

3       record.

4            THE DEFENDANT:  It's Pablo Felipe Bauer Novoa.

5            THE CLERK:  You can put your hand down.

6            What is your capacity with the corporation?

7            THE DEFENDANT:  Remain standing?

8            THE COURT:  Yes, please.

9            THE CLERK:  You can remained standing.  Yes,

10      please.

11           What is your capacity with the corporation?

12           THE DEFENDANT:  I am the General Counsel.

13           THE CLERK:  Okay.  What is your age?

14           THE DEFENDANT:  I'm 44 years old.

15           THE CLERK:  The year you were born?

16           THE DEFENDANT:  1969.

17           THE CLERK:  Have you been furnished with a copy

18      of the information in the case of USA versus Compania

19      Sud Americana de Vapores?

20           THE DEFENDANT:  Yes, I have.

21           THE CLERK:  Do you understand the charges placed

22      against the corporation?

23           THE DEFENDANT:  Yes, I do.

24           THE CLERK:  Mr. Cherry, you have been retained

25      to represent said corporation.  Are you satisfied that

1    Mr. Bauer understands the charges against said

2    corporation?

3         MR. CHERRY:  Yes, I am.

4         THE CLERK:  Mr. Bauer, having read the

5    information and understanding the charges against said

6    corporation, how do you wish to plead on behalf of

7    said corporation?

8         THE DEFENDANT:  I wish to plead guilty.

9         THE CLERK:  The plea is guilty as to Count 1,

10   and not guilty to any other pending count; is that

11   correct?

12        THE DEFENDANT:  Yes.

13        THE CLERK:  Thank you.

14        THE COURT:  All right.  Mr. Bauer, let me ask

15   you, I first have before me a waiver of indictment in

16   this case.  You agree as the duly-authorized

17   representative of Compania, which is --

18        I'll let you know when you can sit.

19        As the duly-authorized representative of

20   Compania, and I will use in reference to the

21   defendant, Compania, for the purpose of brevity in

22   this proceeding, you do agree to waive your right to

23   proceed by prosecution by indictment and consent for

24   the purposes of this plea to proceeding by way of

25   information on behalf of Compania, the corporation.

1    Is that correct?

2           THE DEFENDANT:  Yes, Your Honor.

3           THE COURT:  Very good.  Okay.  You can go ahead

4    and be seated.

5           Now, Mr. Bauer, before I can ask you, or before

6    I can accept the guilty plea of the defendant in this

7    case, I have got to decide whether or not this plea is

8    being entered on behalf of you -- being entered in

9    this case in both a knowing and voluntary manner.

10           So in the event that you do not understand a

11    question that I ask, or you need some clarity, please

12    do not hesitate to let me know.

13           Also, in the event that you need to speak with

14    your attorneys, please do not hesitate to let me know

15    and I will give you the opportunity to do so.  In

16    fact, I will put this noise button on to give you and

17    your attorneys some additional privacy with regard to

18    any discussions that you want to end up having.

19           Now do you understand that you are speaking on

20    behalf of the corporation, and you understand if you

21    answer any of my questions falsely, your answers may

22    be later used against the corporation in another

23    prosecution for perjury or for making a false

24    statement?

25           THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Now I understand that there is a

2     plea agreement in this case, which will be marked as

3     Government's Exhibit Number 1.

4          I would like to turn your attention --

5          Do you have a copy of that plea agreement in

6     front of you, Mr. Bauer?

7          THE DEFENDANT:  Yes, Your Honor, I do.

8          THE COURT:  I would like to turn your attention

9     to page 17 of that plea agreement, which is the last

10    page of the plea agreement.  Let me know when you are

11    there.

12         THE DEFENDANT:  I'm there, Your Honor.

13         THE COURT:  In the middle of the page or near

14    the top of the page there's a typed name.  The typed

15    name reads Pablo Bauer, General Counsel, Compania Sud

16    Americana de Vapores Corporation.  Above that name

17    appears to be a signature.  Is that your signature,

18    sir?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  And you have read each and every

21    word of this plea agreement, understand it, and agree

22    to it?

23         THE DEFENDANT:  Yes, Your Honor.

24         THE COURT:  You signed your name prior to or

25    subsequent to reading it and discussing it with your

1      attorneys; is that correct?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  All right.  I note for the record

4      that the original plea is signed by all counsel in the

5      case.

6              Now do you agree that this Government's Exhibit

7      Number 1, which represents the plea agreement,

8      represents the entire agreement that your company or

9      the company has made with the government, and that

10     there are no other promises or agreements that have

11     been made to you or the company?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  No one has expressed any force or

14     expressed violence against you or the company, or

15     someone close to the company in order to persuade you

16     on behalf of the company to accept the agreement; is

17     that correct?

18             THE DEFENDANT:  That's correct.

19             THE COURT:  Under the terms of the plea

20     agreement, it is my understanding that Compania has

21     agreed to plead guilty to the one count information

22     now pending against it.  As pursuant to the

23     recommendation of both parties, a fine in the total

24     amount of $8.9 million is the agreed-upon punishment

25     in this case.

1          Let me ask you, is that your general

2     understanding of the terms of the plea agreement?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  Now as I indicated to you earlier,

5     this is a plea agreement pursuant to Rule 11(c)(1)(C),

6     in which the parties seek to bind this Court to the

7     terms and conditions of any sentence that they

8     recommended to be imposed.

9          I have indicated to you at the beginning of this

10    proceedings that the Court is willing to bind itself

11    to the terms of the sentence in this case.  But you

12    understood, and you understand that the Court is not a

13    party to the agreement?

14         THE DEFENDANT:  Yes, I understand, Your Honor.

15         THE COURT:  You also understood that to the

16    extent that the terms of the plea agreement allow the

17    parties to make sentencing recommendations, which they

18    have, that I could have rejected those

19    recommendations, without permitting you to withdraw

20    your guilty plea on behalf of the company?  Do you

21    understand that, sir?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  But you understand that I have

24    agreed to impose the sentence in this case, and had I

25    not agreed to impose the sentence, then you would have

1   been entitled to withdraw your guilty plea and enter

2   into a not guilty plea?  Do you understand that, sir?

3            THE DEFENDANT:  Yes, Your Honor.

4            THE COURT:  Just to make sure that the record is

5   clear, all of your answers are made on behalf of the

6   company.  So when I ask you whether or not you

7   understand it, you are speaking on behalf of the

8   company.  Do you understand that, sir?

9            THE DEFENDANT:  Yes, Your Honor.

10           THE COURT:  Now the offense to which Compania is

11   pleading guilty is a felony offense.  If I accept your

12   guilty plea, you're going to be adjudged guilty of

13   that offense, and that adjudication may end up

14   depriving Compania of valuable civil rights in this

15   case, such as the right to obtain or keep certain

16   benefits or licenses.

17           You understand that Compania may end up losing

18   certain rights in the event that I accept your guilty

19   plea?

20           THE DEFENDANT:  Yes, I understand, Your Honor.

21           THE COURT:  Of course, those rights, and the

22   consequences of the guilty plea are outlined in

23   specific detail in the plea agreement.

24           Let me ask counsel for the government, could you

25   outline for the Court and for Compania the maximum

1    possible penalties for the offense to which he is

2    pleading guilty?

3         MR. JACOBS:  Yes, Your Honor.  The maximum

4    penalty has several components, first the fine.

5         The maximum fine is in an amount equaled to the

6    greatest of $100 million, or twice the gain the

7    conspirators derived from the crime, or twice the loss

8    caused to the victims by the conspirators.

9         There is a mandatory special assessment of $400

10   per count.

11        The Court may impose restitution to the victims,

12   and the Court may also impose probation for up to five

13   years.

14        THE COURT:  Okay.  Thank you.

15        Mr. Bauer, do you understand the maximum

16   possible penalties for the offense to which Compania

17   is pleading guilty?

18        THE DEFENDANT:  Yes, Your Honor.

19        THE COURT:  Of course, you understand that the

20   Court may end up ordering that the company provide

21   notice of the conviction to certain third parties,

22   including victims, if the guilty plea is accepted?

23        THE DEFENDANT:  Yes, Your Honor.

24        THE COURT:  Now, do you understand all the

25   possible consequences of a guilty plea?

1          THE DEFENDANT:  Yes, I do, Your Honor.

2          THE COURT:  Now your sentence or the sentence is

3    determined by the Court after consulting with the

4    United States Sentencing Guidelines, which are

5    advisory, and after considering possible departures

6    from those guidelines, as permitted by the Federal

7    Sentencing Law, and after considering other sentencing

8    factors, as set out in Title 18, United States Code,

9    3553(a).

10          Have you and your attorney talked about the

11   sentencing guidelines, and how they may apply in this

12   case?

13          THE DEFENDANT:  Yes, Your Honor.

14          THE COURT:  You understand that I won't, well, I

15   won't be able to make a final determination as to the

16   guideline range until a presentence report has been

17   completed?

18          Now we understand, and I understand in this

19   case, that in lieu of a formal presentence report, the

20   parties submitted a Joint Memoranda outlining the

21   facts and circumstances of this case -- including the

22   facts and circumstances of this case, and a proposed

23   guideline stipulation in this matter.

24          Have you had the opportunity to review that

25   Joint Memorandum prior to today in this proceeding?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  I take it you, on behalf of the

3    company, agree to the proposed guideline range as

4    outlined in that memoranda?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  I'll now call upon the Assistant

7    United -- I'm sorry.  I'll now call upon counsel for

8    the government to articulate for me, and summarize for

9    me the guideline range and stipulation in this case.

10          MR. JACOBS:  Yes, Your Honor.

11          The guidelines base fine, as determined under

12    2R1.1, is $12,731,614.  The culpability score is five.

13    The fine range is, the minimum is 12,731,614, and the

14    top of the range is $25,463,228.

15          We are recommending a cooperation discount of 30

16    percent from the bottom of the range because of

17    defendant's early cooperation and assistance it has

18    provided us in our ongoing investigation, and that

19    results in a final fine of $8.9 million.

20          THE COURT:  Okay.  Thank you.

21          Is that your understanding of the guideline

22    range in this case?

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  You understand that under some

25    circumstances, you would have the right to appeal the

1    conviction in the case, and you and the government may

2    end up being entitled to appeal any sentence that I

3    impose?

4         But you also understand on behalf of Compania

5    that if you enter into this plea agreement, and if

6    your guilty plea is accepted by me, you will have

7    waived or given up your right to appeal your

8    conviction?  Do you understand that, sir?

9         THE DEFENDANT:  Yes, Your Honor.

10        THE COURT:  Are there any additional appellate

11   rights that the government believes that are waived

12   that should be put on the record in this case?

13        MR. JACOBS:  Not that are already included in

14   the plea agreement.

15        THE COURT:  Very good.

16        Now you understand on behalf of Compania that

17   you are not required to plead guilty, that Compania

18   has the right to plead not guilty to any offense

19   against it, and to persist in that not guilty plea?

20        THE DEFENDANT:  Yes, Your Honor.

21        THE COURT:  You also understand that if Compania

22   pled not guilty, it then would have the right to a

23   trial by jury, in which your attorneys, as well as the

24   government's attorneys, would assist me in selecting

25   12 people to come in here from the community to sit

1    and serve as the jury for Compania?  Do you understand

2    that?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  Do you also understand that at

5    trial, Compania would be presumed innocent, and that

6    the government would be required to prove Compania's

7    guilt beyond a reasonable doubt, to the unanimous

8    satisfaction of a jury, before Compania could be

9    convicted in this case?  Do you understand that?

10         THE DEFENDANT:  Yes, Your Honor.

11         THE COURT:  Do you also understand that at

12   trial, and at every other critical stage of the

13   proceedings, Compania is entitled to the assistance of

14   competent counsel to assist you, advise you, represent

15   you, and to advocate for you?

16         You understand that in the event that for some

17   reason Compania could not otherwise afford counsel,

18   there may be circumstances in which counsel could be

19   appointed for Compania?  Do you understand that?

20         THE DEFENDANT:  Yes, Your Honor.

21         THE COURT:  Now you also understand that during

22   the trial you would have the right to see and hear all

23   of the evidence and witnesses testifying against you,

24   and you would have the right to challenge that

25   evidence and cross-examine those witnesses testifying

1    against Compania?  Do you understand that, sir?

2        THE DEFENDANT:  Yes, Your Honor.

3        THE COURT:  You also understand that Compania

4    would have the right to present the testimony of its

5    own witnesses, and if those witnesses wouldn't come to

6    court voluntarily, your lawyers could subpoena those

7    witnesses?  And if they wouldn't come to court

8    pursuant to a subpoena, your attorneys could request

9    that I instruct law enforcement officers, if

10   necessary, to go out into the community and bring them

11   here in handcuffs, if necessary, to testify on

12   Compania's behalf?  Do you understand, sir?

13       THE DEFENDANT:  Yes, Your Honor.

14       THE COURT:  You also understand that you, as a

15   representative of Compania or a corporate designee of

16   Compania, would have the right to testify during the

17   course of the trial; but if Compania, for whatever

18   reason, decided that they did not want to testify

19   during the course of the proceedings, the fact that

20   Compania did not testify could not be held against the

21   company in any way whatsoever?  It could not be

22   considered by the jury in determining Compania's guilt

23   or innocence.  Do you understand that, sir?

24       THE DEFENDANT:  Yes, Your Honor.

25       THE COURT:  In fact, Compania, you understand

1    that Compania is under no obligation to present any

2    defense whatsoever, because ultimately it's the

3    government's burden of proof to prove Compania guilty

4    beyond a reasonable doubt, to a unanimous satisfaction

5    of a jury?  Do you understand that?

6         THE DEFENDANT:  Yes, Your Honor.

7         THE COURT:  Now you understand that if Compania

8    was convicted at trial, it could appeal that

9    conviction to a higher court?

10        But you also understand that after a guilty plea

11   is entered, and if it's accepted by this Court, there

12   will be no trial, and Compania will have waived or

13   given up its right to a trial, as well as the other

14   rights associated with the trial, as I have described

15   them?  Do you understand?

16        THE DEFENDANT:  Yes, Your Honor.

17        THE COURT:  I will now call upon the government

18   to articulate for me the essential elements of the

19   offense to which you are pleading guilty.

20        MR. JACOBS:  Your Honor, there are three

21   elements to the offense.

22        First, that the charged conspiracy existed at or

23   about the time alleged; second, the defendant

24   knowingly joined the charged conspiracy; and third,

25   the charged conspiracy either substantially affected

1        interstate or foreign commerce, or occurred within the

2        flow of interstate or foreign commerce.

3              THE COURT:  Thank you.

4              You understand, Mr. Bauer, on behalf of Compania

5        that the government would have to prove each and every

6        one of those elements beyond a reasonable doubt, to

7        the unanimous satisfaction of a jury before Compania

8        could be convicted in this case?

9              THE DEFENDANT:  Yes, Your Honor.

10             THE COURT:  Now before I can accept your guilty

11       plea, I have got to be satisfied that there is a

12       factual basis for it.  I would like to turn your

13       attention to paragraph 4 of Government's Exhibit

14       Number 1, specifically located on pages three and

15       four.

16             Let me know when you are there.

17             THE DEFENDANT:  I'm there.

18             THE COURT:  Paragraph 4, specifically

19       subsections (a), (b), (c) and (d), outline the factual

20       basis for the offense charged.

21             Have you and your attorneys reviewed and read

22       each and every word of that factual basis, as

23       contained in Government's Exhibit Number 1?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  Do you agree that Compania did in

1    fact do the things as outlined in Government's Exhibit

2    Number 1?

3          THE DEFENDANT:  Yes I do, Your Honor.

4          THE COURT:  I will now call upon the government

5    to summarize for me the factual basis for the offense

6    charged.

7          MR. JACOBS:  Yes, Your Honor.

8          From at least as early as January 2000 and

9    continuing until September 2012, the defendant

10   participated in a conspiracy among ocean carriers of

11   roll-on, roll-off cargo, the primary purpose of which

12   was to suppress and eliminate competition by

13   allocating customers and routes, rigging bids, and

14   fixing prices for international ocean shipping

15   services for roll-on, roll-off cargo, such as cars and

16   trucks, to and from the United States and elsewhere,

17   in violation of the Sherman Antitrust Act, 15 U.S.C.,

18   Section 1.

19         In furtherance of the conspiracy, the defendant,

20   through certain employees, engaged in discussions and

21   attended meetings with representatives of other ocean

22   carriers of roll-on, roll-off cargo.  During these

23   discussions and meeting, agreements were reached to

24   allocate customers and routes, rig certain bids, and

25   to fix, stabilize and maintain the prices for certain

1    international ocean shipping services for roll-on,

2    roll-off cargo to and from the United States and

3    elsewhere.  After affected customers included certain

4    U.S.-based manufacturers of cars and trucks.

5         During the relevant period, roll-on, roll-off

6    cargo shipped by one or more of the conspirator firms,

7    as well as payments for international ocean shipping

8    services of such cargo, traveled in interstate and

9    foreign commerce.  The business activities of the

10   defendant and its co-conspirators in connection with

11   the international ocean shipping services for roll-on,

12   roll-off cargo to and from the United States were

13   within the flow of, and substantially affected,

14   interstate and foreign trade and commerce.

15        Acts in furtherance of this conspiracy were

16   carried out within the District of Maryland, Baltimore

17   Division.  The Port of Baltimore is one of the largest

18   ports in the United States for the import and export

19   of new automobiles.  During the relevant period, the

20   defendant or its co-conspirators exported roll-on,

21   roll-off cargo affected by the conspiracy from the

22   Port of Baltimore.

23        Finally, during the relevant period the

24   defendant had more than 50 employees, and its sales

25   for international ocean shipping services for new cars

1    and trucks exported from the United States that were

2    affected by the conspiracy were $63,658,074.

3         THE COURT:  Thank you.

4         Do you agree, Mr. Bauer, that had the case gone

5    to trial, the government could prove those facts

6    beyond a reasonable doubt, to the unanimous

7    satisfaction of a jury?

8         THE DEFENDANT:  Yes, Your Honor.

9         THE COURT:  Counsel, is it necessary at this

10   point to close and seal the next portion of the

11   proceedings?  If you would like, you can come up.  Why

12   don't you come on up.

13        Mr. Bauer, there's a headset there that you can

14   listen to if you would like.

15        THE CLERK:  It looks like this.

16        THE COURT:  Right in front of you.

17        (Counsel approached the bench for a sealed bench

18   conference.)

19        (Counsel returned to the trial tables and the

20   sealed portion concluded.)

21        THE COURT:  Now understand, Mr. Bauer, that the

22   Court has already reviewed the Joint Sentencing

23   Memoranda that was submitted by the parties in this

24   case and that was attached to, a part of, and included

25   and incorporated into the presentence report.  So I

1    have already agreed to bind myself to the sentence in

2    this case.

3         Let me ask counsel for the government, do you

4    believe that Compania has been properly advised?

5         MR. JACOBS:  Yes, I do, Your Honor.

6         THE COURT:  Okay.  Let me ask counsel, Mr.

7    Cherry, whether or not you believe your client has

8    been properly advised?

9         MR. CHERRY:  Yes, Your Honor, I do.

10        THE COURT:  Finally, Mr. Bauer, I'm going to ask

11   you on behalf of Compania, do you have any questions

12   regarding the very important constitutional rights

13   that Compania is giving up by entering into this

14   guilty plea?

15        THE DEFENDANT:  No, Your Honor.

16        THE COURT:  Very good.  How does Compania plead

17   to Count 1 of the criminal information currently

18   pending against it?

19        THE DEFENDANT:  Guilty, Your Honor.

20        THE COURT:  It's the finding of this Court in

21   United States of America versus Compania Sud Americana

22   de Vapores that the defendant is fully competent and

23   capable of entering an informed plea, that the

24   defendant is aware of the nature of the charges and

25   the consequences of the guilty plea, and that the

1      guilty plea is both knowing and voluntary, and

2      supported by an independent basis in fact, containing

3      each of the essential elements of the offense.  The

4      plea is, therefore, accepted in this case, and

5      Compania is now adjudged guilty of that offense in

6      this case.

7           We will now proceed to sentencing in this matter

8      pursuant to the request of the parties, unless there

9      is anything else that counsel needs to address as far

10     as the agreement is concerned.  Okay?

11          Let the record reflect there is no response.

12          All right.  We will proceed directly into

13     sentencing.

14          Let me ask you, Mr. Bauer, have you, on behalf

15     of the Compania company, reviewed the Joint Sentencing

16     Memoranda that was submitted in this case?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  You read each and every word of it;

19     is that correct?

20          THE DEFENDANT:  Yes, Your Honor.

21          THE COURT:  You do agree on behalf of Compania

22     Corporation that you agree with the joint

23     recommendation, the sentencing guideline range and

24     calculation, as well as all the other additional

25     information included therein?

1          THE DEFENDANT:  Yes Your Honor.

2          THE COURT:  There are no factual disputes that

3     need to be resolved.  There are no legal disputes that

4     need to be resolved.

5          The parties, it's my understanding that the base

6     offense level in this case is five, pursuant to United

7     States Sentencing Guideline 8C2.5(a).

8          Because of a specific offense characteristic,

9     namely, the size of the corporation, pursuant to

10    8C2.5(b)(4), two additional levels are added.

11         Because of the corporation's timely and thorough

12    cooperation in this matter, pursuant to 8C2.5(g)(2),

13    two offense levels are reduced, bringing it to an

14    offense level of five.

15         There is no dispute that this company does not

16    have any criminal history, so the Criminal History

17    Category would be a I in this matter.

18         Pursuant to a discounted rate -- well, that

19    would put our range at 12 million, a fine range of

20    $12,731,614 to $25,228,463.

21         The parties are seeking an additional 30 percent

22    discount from that range, which would be the

23    equivalent of how many offense levels?  And would it

24    be, also the cooperation be pursuant to 5K1.1?

25         MR. JACOBS:  It would, Your Honor.

1          THE COURT:  Okay.

2          MR. JACOBS:  I'm not sure how many levels that

3     would equate to.

4          THE COURT:  Okay.  For the sake of having

5     everyone get together as far as research is concerned,

6     what we can do is, the parties agree and stipulate

7     that although the guideline range is above the -- is

8     below the 12.7 million, that all sides agree to the 30

9     percent discount, which would put, at least by way of

10    variance, in which the Court could find a variance

11    and/or a departure equivalent to a range of 8.9

12    million.

13         Is that everyone's understanding?

14         MR. JACOBS:  Yes, Your Honor.

15         MR. CHERRY:  Yes, Your Honor.

16         THE COURT:  Okay.

17         Now this next portion of the proceedings is

18    going to be a sealed proceeding.  As a result, I will

19    close the courtroom.  So if there is anyone that is

20    not affiliated with this individual case, I will ask

21    that you step out from the courtroom now, and I will

22    place this portion of the proceeding under seal, and

23    it will remain sealed until I order otherwise.

24         Counsel, if you could turn around, and if you

25    see anyone who should not be here or is not affiliated

1    with the case, then they should excuse themselves.

2          I promise as soon as we finish with this

3    proceeding, I am going to ask our fine probation officer,

4    Ms. Swillo, to go out and bring people back in.

5          (The sealed proceedings ensued.)

6          (The sealed proceedings concluded.)

7          THE COURT:  All right.  In handling this

8    sentencing, I am now going to call on the government

9    to make any statements that they would like with

10   regard to the sentence in this case.

11         MR. JACOBS:  Other than the recommended

12   sentence, which is in the plea agreement, the United

13   States has nothing further to add.

14         THE COURT:  Let me ask you this, can you give me

15   a little bit of history about this company?  Because

16   one of the factors that I have to consider, the

17   company has no record of any wrongdoing previously.

18         Could you give me, and maybe I could ask Mr.

19   Cherry to discuss this a little bit further, but to

20   give me an idea potentially about this company, and

21   the seriousness of this offense.

22         MR. JACOBS:  Yes.  Well, with respect to the

23   seriousness of the offense, Your Honor, as you can

24   tell from the relevant time period that the defendant

25   is charged with participating in the conspiracy, and

1    the volume of commerce involved, and the nature of the

2    conspiracy and the cargo it affects, we consider it to

3    be a very serious conspiracy and a very serious crime.

4    But we think the recommended sentence reflects the

5    seriousness of the offense.

6         With respect to the company, the United States

7    is not aware of any other offenses that the company

8    has committed, certainly no other antitrust offenses.

9         With respect to further background or history of

10   the company, I would call on Mr. Cherry or Mr. Bauer

11   to provide those details.

12        THE COURT:  Okay.  All right.  Thank you.

13        Mr. Cherry, Mr. Bauer.

14        MR. CHERRY:  Yes.  The company is obviously a

15   Chilean company.  Most of its operations are in Latin

16   America.  This aspect of its business is actually a

17   relatively very small part of its business.  It's a

18   very small player in this industry.

19        This is the first offense that it has been

20   subject to, and I believe it has reacted very promptly

21   and effectively to make sure that nothing like this

22   ever happens again.  It put in place very effective

23   compliance procedures and training, and has taken it

24   very seriously, Your Honor.

25        THE COURT:  Thank you.  I will hear from Mr.

1    Bauer if you would like to speak on behalf of

2    Compania.  You don't have to say anything, but I will

3    certainly hear from you before I impose a sentence in

4    the case.

5         THE DEFENDANT:  Yes, Your Honor.

6         THE COURT:  Stand up when you address the Court.

7         THE DEFENDANT:  On behalf of CSAV, I would like

8    to apologize and take full responsibility for our

9    conduct, which we deeply regret.  CSAV takes its legal

10   obligations very seriously, and we are strongly

11   committed to taking all steps necessary to rectify the

12   situation.  That commitment includes our continued and

13   complete cooperation with the government's ongoing

14   investigation.

15        THE COURT:  Thank you very much.

16        Applying Section 3553(a) factors in this case,

17   the defendant, Compania, presents as a corporation,

18   Chilean corporation, who has no criminal history or

19   there has been no evidence presented to this Court of

20   any malfeasance or improper conduct that has occurred

21   certainly within the United States.

22        Certainly the nature and circumstances of the

23   offense, namely, the suppression or the attempt to

24   eliminate competition for the sale of international

25   ocean shipping services for roll-on, roll-off cargo is

1    a serious offense, and it undermines the fair and open

2    and honest competition that international businesses

3    and, quite frankly, national businesses need to engage

4    in.

5         I believe that a sentence of a fine of the $8.9

6    million will serve as an adequate deterrent to

7    Compania from engaging in this kind of behavior in the

8    future, and will also deter other companies like

9    Compania from engaging in this type of behavior.

10        As far as the other factors are concerned, I do

11   not find them particularly applicable.

12        The sentencing guideline in this case, as I

13   indicated earlier regarding this, is approximately the

14   $12 million to $25 million.

15        Based upon the defendant's substantial and

16   prompt and ongoing cooperation, as outlined in the

17   Joint Sentencing Memoranda, as well in open court here

18   today, I believe that a sentence, the recommended

19   sentence of $8.9 million, with four installments,

20   starting 15 days from the date of this judgment, is

21   appropriate in this case.

22        The first three installments will be $2.25

23   million for the first three years, and then $2.15

24   million in year four.  I believe that based upon the

25   company's financial circumstance, that this fine will

1     run without interest being raised.

2          Further, although restitution is not being

3     ordered directly, based upon the representations of

4     the parties, there are numerous civil cases related to

5     the same conduct, and that the disposition of those

6     civil cases is being handled appropriately, without

7     the necessity for a specific order of restitution.

8          There will be a special assessment in the amount

9     of $400.

10         Forfeiture in this case, there is no issue of

11    forfeiture; is that correct?

12         MR. JACOBS:  No, there is not, Your Honor.

13         THE COURT:  This Court finds that the sentence

14    doesn't fall within the guideline range in this case;

15    but nonetheless, it is appropriate in light of the

16    findings under 3553(a), its factors and its purposes.

17         As a result, I indicated earlier that a downward

18    departure pursuant to 5K1.1 is appropriate to bring it

19    within a range where the 8.9 million is there.

20         However, since we cannot pinpoint the exact

21    level of departure that would be necessary to bring it

22    into 8.9 million, the Court, pursuant to the agreement

23    of the parties, is going to vary the fine to the $8.9

24    million in this case.

25         There are no counts to dismiss; is that correct?

1          MR. JACOBS:  That's right, Your Honor.

2          THE COURT:  All right.

3          Mr. Bauer, you understand that you've got the

4     right to appeal your guilty plea if somehow you

5     believe it was unlawful or involuntary, or there is

6     some other fundamental defect in this proceeding that

7     wasn't waived by your guilty plea?

8          You also can appeal your sentence if you believe

9     that it was unlawful in this case, and, of course, you

10    end up retaining any appellate rights that you had

11    under the plea agreement.  You would have 14 days to

12    file a notice of appeal in this case.

13         It is not necessarily applicable, but the

14    defendant, Compania, will continue on the same

15    conditions it was under prearraignment.

16         I am going to create a Judgment and Commitment

17    Order and a Statement of Reasons, which will be

18    completed very quickly in this case, and for the

19    purposes of the file.

20         Let me ask counsel, is there anything else that

21    we need to address?

22         MR. JACOBS:  I don't think there is, Your Honor.

23         MR. CHERRY:  I agree, Your Honor.

24         THE COURT:  Okay.  Thank you very much.

25         (The proceedings concluded.)

1                      REPORTER'S CERTIFICATE

2          I hereby certify that the foregoing transcript in

3     the matter of United States of America vs. Compania

4     Sud Americana de Vapores S.A., Defendant, Criminal

5     Action No. GLRB-14-0100, before the Honorable George

6     Levi Russell, III, United States District Judge, on

7     May 1, 2014 is true and accurate.

8

9                      _____

10                         Gail A. Simpkins

11                      Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 11:6
**$12** [1] - 29:14
**$12,731,614** [2] - 13:12, 14:20
**$2.15** [2] - 2:23, 29:23
**$2.25** [1] - 29:22
**$25** [1] - 29:14
**$25,228,463** [1] - 24:20
**$25,463,228** [1] - 13:14
**$400** [2] - 11:9, 30:9
**$63,658,074** [1] - 21:2

## 1

**1** [10] - 1:9, 5:9, 7:3, 8:7, 18:14, 18:23, 19:2, 19:18, 22:17, 32:7
**11(c)(1)(C** [1] - 9:5
**12** [1] - 14:25, 24:19
**12,731,614** [1] - 13:13
**12.7** [1] - 25:8
**14** [1] - 31:11
**15** [2] - 19:17, 29:20
**17** [1] - 7:9
**18** [1] - 12:8
**1969** [1] - 4:16

## 2

**2.15** [1] - 2:25
**2.25** [1] - 2:24
**2000** [1] - 19:8
**2012** [1] - 19:9
**2014** [2] - 1:9, 32:7
**2R1.1** [1] - 13:12

## 3

**30** [3] - 13:15, 24:21, 25:8
**3553(a** [2] - 28:16, 30:16
**3553(a)** [1] - 12:9

## 4

**4** [2] - 18:13, 18:18
**44** [1] - 4:14

## 5

**50** [1] - 20:24
**5K1.1** [2] - 24:24, 30:18

## 8

**8.9** [10] - 2:21, 3:3, 8:24, 13:19, 25:11, 29:5, 29:19, 30:19, 30:22, 30:23
**8C2.5(a)** [1] - 24:7
**8C2.5(b)(4** [1] - 24:10
**8C2.5(g)(2** [1] - 24:12

## A

**able** [1] - 12:15
**above-entitled** [1] - 1:11
**accept** [6] - 3:7, 6:6, 8:16, 10:11, 10:18, 18:10
**accepted** [4] - 11:22, 14:6, 17:11, 23:4
**accurate** [1] - 32:7
**accused** [1] - 3:15
**acknowledge** [1] - 3:18
**Act** [1] - 19:17
**Action** [1] - 32:5
**activities** [1] - 20:9
**acts** [1] - 20:15
**add** [1] - 26:13
**added** [1] - 24:10
**additional** [5] - 6:17, 14:10, 23:24, 24:10, 24:21
**address** [4] - 3:5, 23:9, 28:6, 31:21
**adequate** [1] - 29:6
**adjudged** [2] - 10:12, 23:5
**adjudication** [1] - 10:13
**advise** [1] - 15:14
**advised** [2] - 22:4, 22:8
**advisory** [1] - 12:5
**advocate** [1] - 15:15
**affected** [5] - 17:25, 20:3, 20:13, 20:21, 21:2
**affects** [1] - 27:2
**affiliated** [2] - 25:20, 25:25
**afford** [1] - 15:17
**age** [1] - 4:13
**agent** [1] - 2:6
**agree** [12] - 5:16, 5:22, 7:21, 8:6, 13:3, 18:25, 21:4, 23:21, 23:22, 25:6, 25:8, 31:23
**agreed** [5] - 8:21,

8:24, 9:24, 9:25, 22:1
**agreed-upon** [1] - 8:24
**agreement** [20] - 7:2, 7:5, 7:9, 7:10, 7:21, 8:7, 8:8, 8:16, 8:20, 9:2, 9:5, 9:13, 9:16, 10:23, 14:5, 14:14, 23:10, 26:12, 30:22, 31:11
**agreements** [2] - 8:10, 19:23
**agrees** [1] - 2:20
**ahead** [1] - 6:3
**alleged** [1] - 17:23
**allocate** [1] - 19:24
**allocating** [1] - 19:13
**allow** [1] - 9:16
**AMERICA** [1] - 1:4
**America** [3] - 22:21, 27:16, 32:3
**Americana** [5] - 2:11, 4:19, 7:16, 22:21, 32:4
**AMERICANA** [1] - 1:6
**amount** [4] - 2:24, 8:24, 11:5, 30:8
**annual** [1] - 2:22
**answer** [2] - 3:12, 6:21
**answers** [2] - 6:21, 10:5
**Antitrust** [1] - 19:17
**antitrust** [1] - 27:8
**apologize** [1] - 28:8
**appeal** [7] - 13:25, 14:2, 14:7, 17:8, 31:4, 31:8, 31:12
**appearance** [1] - 2:18
**appellate** [3] - 3:20, 14:10, 31:10
**applicable** [2] - 29:11, 31:13
**apply** [1] - 12:11
**applying** [1] - 28:16
**appointed** [1] - 15:19
**approached** [1] - 21:17
**appropriate** [3] - 29:21, 30:15, 30:18
**appropriately** [1] - 30:6
**arraignment** [2] - 2:18, 3:21
**articulate** [2] - 13:8, 17:18
**aspect** [1] - 27:16
**assessment** [2] - 11:9, 30:8
**assist** [2] - 14:24,

15:14
**assistance** [2] - 13:17, 15:13
**Assistant** [1] - 13:6
**associated** [2] - 3:20, 17:14
**attached** [1] - 21:24
**attempt** [1] - 28:23
**attended** [1] - 19:21
**attention** [3] - 7:4, 7:8, 18:13
**attorney** [1] - 12:10
**attorneys** [7] - 6:14, 6:17, 8:1, 14:23, 14:24, 16:8, 18:21
**authorized** [2] - 5:16, 5:19
**automobiles** [1] - 20:19
**aware** [2] - 22:24, 27:7

## B

**background** [1] - 27:9
**Baltimore** [4] - 1:8, 20:16, 20:17, 20:22
**base** [2] - 13:11, 24:5
**based** [4] - 3:4, 29:15, 29:24, 30:3
**basis** [5] - 18:12, 18:20, 18:22, 19:5, 23:2
**Bauer** [22] - 2:13, 3:11, 3:14, 3:22, 4:4, 5:1, 5:4, 5:14, 6:5, 7:6, 7:15, 11:15, 18:4, 21:4, 21:13, 21:21, 22:10, 23:14, 27:10, 27:13, 28:1, 31:3
**beginning** [1] - 9:9
**behalf** [19] - 3:18, 5:6, 5:25, 6:8, 6:20, 8:16, 9:20, 10:5, 10:7, 13:2, 14:4, 14:16, 16:12, 18:4, 22:11, 23:14, 23:21, 28:1, 28:7
**behavior** [2] - 29:7, 29:9
**believes** [1] - 14:11
**below** [1] - 25:8
**bench** [1] - 21:17
**benefits** [1] - 10:16
**beyond** [4] - 15:7, 17:4, 18:6, 21:6
**bids** [2] - 19:13, 19:24
**bind** [4] - 3:8, 9:6, 9:10, 22:1
**bit** [2] - 26:15, 26:19

**born** [1] - 4:15
**bottom** [1] - 13:16
**Braunstein** [2] - 1:22, 2:14
**brevity** [1] - 5:21
**bring** [4] - 16:10, 26:4, 30:18, 30:21
**bringing** [1] - 24:13
**burden** [1] - 17:3
**business** [3] - 20:9, 27:16, 27:17
**businesses** [2] - 29:2, 29:3
**button** [1] - 6:16

## C

**calculation** [1] - 23:24
**cannot** [1] - 30:20
**capable** [1] - 22:23
**capacity** [2] - 4:6, 4:11
**cargo** [10] - 19:11, 19:15, 19:22, 20:2, 20:6, 20:8, 20:12, 20:21, 27:2, 28:25
**carried** [1] - 20:16
**carriers** [2] - 19:10, 19:22
**cars** [3] - 19:15, 20:4, 20:25
**Carsten** [2] - 1:19, 2:5
**case** [45] - 1:11, 2:2, 2:6, 3:9, 3:21, 4:18, 5:16, 6:7, 6:9, 7:2, 8:5, 8:25, 9:11, 9:24, 10:15, 12:12, 12:19, 12:21, 12:22, 13:9, 13:22, 14:1, 14:12, 15:9, 18:8, 21:4, 21:24, 22:2, 23:4, 23:6, 23:16, 24:6, 25:20, 26:1, 26:10, 28:4, 28:16, 29:12, 29:21, 30:10, 30:14, 30:24, 31:9, 31:12, 31:18
**cases** [2] - 30:4, 30:6
**Category** [1] - 24:17
**caused** [1] - 11:8
**certain** [7] - 10:15, 10:18, 11:21, 19:20, 19:24, 19:25, 20:3
**certainly** [5] - 3:14, 27:8, 28:3, 28:21, 28:22
**CERTIFICATE** [1] - 32:1
**certify** [1] - 32:2
**challenge** [1] - 15:24
**characteristic** [1] -

24:8
**charged** [6] - 17:22, 17:24, 17:25, 18:20, 19:6, 26:25
**charges** [4] - 4:21, 5:1, 5:5, 22:24
**CHERRY** [7] - 2:9, 2:16, 5:3, 22:9, 25:15, 27:14, 31:23
**Cherry** [4] - 1:22, 2:9, 22:7, 27:13
**cherry** [3] - 4:24, 26:19, 27:10
**Chilean** [2] - 27:15, 28:18
**circumstance** [1] - 29:25
**circumstances** [5] - 12:21, 12:22, 13:25, 15:18, 28:22
**civil** [3] - 10:14, 30:4, 30:6
**clarity** [1] - 6:11
**clear** [1] - 10:5
**CLERK** [13] - 3:24, 4:2, 4:5, 4:9, 4:13, 4:15, 4:17, 4:21, 4:24, 5:4, 5:9, 5:13, 21:15
**client** [1] - 22:7
**close** [3] - 8:15, 21:10, 25:19
**co** [3] - 2:5, 20:10, 20:20
**co-conspirators** [2] - 20:10, 20:20
**co-counsel** [1] - 2:5
**Code** [1] - 12:8
**colleague** [1] - 2:13
**colloquy** [1] - 3:12
**commerce** [5] - 18:1, 18:2, 20:9, 20:14, 27:1
**Commitment** [1] - 31:16
**commitment** [1] - 28:12
**committed** [2] - 27:8, 28:11
**community** [2] - 14:25, 16:10
**COMPANIA** [1] - 1:6
**Compania** [51] - 2:11, 4:18, 5:17, 5:20, 5:21, 5:25, 7:15, 8:20, 10:10, 10:14, 10:17, 10:25, 11:16, 14:4, 14:16, 14:17, 14:21, 15:1, 15:5, 15:8, 15:13, 15:17,

15:19, 16:1, 16:3, 16:15, 16:16, 16:17, 16:20, 16:25, 17:1, 17:3, 17:7, 17:12, 18:4, 18:7, 18:25, 22:4, 22:11, 22:13, 22:16, 22:21, 23:5, 23:15, 23:21, 28:2, 28:17, 29:7, 29:9, 31:14, 32:3
**Compania's** [3] - 15:6, 16:12, 16:22
**companies** [1] - 29:8
**company** [22] - 8:8, 8:9, 8:11, 8:14, 8:15, 8:16, 9:20, 10:6, 10:8, 11:20, 13:3, 16:21, 23:15, 24:15, 26:15, 26:17, 26:20, 27:6, 27:7, 27:10, 27:14, 27:15
**company's** [2] - 2:12, 29:25
**competent** [2] - 15:14, 22:22
**competition** [3] - 19:12, 28:24, 29:2
**complete** [1] - 28:13
**completed** [2] - 12:17, 31:18
**compliance** [1] - 27:23
**components** [1] - 11:4
**concerned** [3] - 23:10, 25:5, 29:10
**concluded** [2] - 21:20, 26:6, 31:25
**conditions** [2] - 9:7, 31:15
**conduct** [3] - 28:9, 28:20, 30:5
**conference** [1] - 21:18
**connection** [1] - 20:10
**consent** [1] - 5:23
**consequences** [3] - 10:22, 11:25, 22:25
**consider** [2] - 26:16, 27:2
**considered** [1] - 16:22
**considering** [2] - 12:5, 12:7
**conspiracy** [11] - 17:22, 17:24, 17:25, 19:10, 19:19, 20:15, 20:21, 21:2, 26:25, 27:2, 27:3
**conspirator** [1] - 20:6
**conspirators** [4] - 11:7, 11:8, 20:10, 20:20

**constitutional** [1] - 22:12
**consulting** [1] - 12:3
**contained** [1] - 18:23
**containing** [1] - 23:2
**continue** [1] - 31:14
**continued** [1] - 28:12
**continuing** [1] - 19:9
**convicted** [3] - 15:9, 17:8, 18:8
**conviction** [4] - 11:21, 14:1, 14:8, 17:9
**cooperation** [6] - 13:15, 13:17, 24:12, 24:24, 28:13, 29:16
**copy** [2] - 4:17, 7:5
**corporate** [2] - 3:10, 16:15
**Corporation** [2] - 7:16, 23:22
**corporation** [14] - 3:18, 4:6, 4:11, 4:22, 4:25, 5:2, 5:6, 5:7, 5:25, 6:20, 6:22, 24:9, 28:17, 28:18
**corporation's** [1] - 24:11
**correct** [8] - 5:11, 6:1, 8:1, 8:17, 8:18, 23:19, 30:11, 30:25
**counsel** [14] - 2:5, 2:13, 8:4, 10:24, 13:7, 15:14, 15:17, 15:18, 21:9, 22:3, 22:6, 23:9, 25:24, 31:20
**Counsel** [4] - 4:12, 7:15, 21:17, 21:19
**Count** [2] - 5:9, 22:17
**count** [3] - 5:10, 8:21, 11:10
**counts** [1] - 30:25
**course** [5] - 10:21, 11:19, 16:17, 16:19, 31:9
**court** [4] - 16:6, 16:7, 17:9, 29:17
**COURT** [70] - 1:1, 2:2, 2:7, 2:15, 2:17, 4:8, 5:14, 6:3, 7:1, 7:8, 7:13, 7:20, 7:24, 8:3, 8:13, 8:19, 9:4, 9:15, 9:23, 10:4, 10:10, 10:21, 11:14, 11:19, 11:24, 12:2, 12:14, 13:2, 13:6, 13:20, 13:24, 14:10, 14:15, 14:21, 15:4, 15:11, 15:21, 16:3, 16:14, 16:25, 17:7, 17:17,

18:3, 18:10, 18:18, 18:25, 19:4, 21:3, 21:9, 21:16, 21:21, 22:6, 22:10, 22:16, 22:20, 23:18, 23:21, 24:2, 25:1, 25:4, 25:16, 26:7, 26:14, 27:12, 27:25, 28:6, 28:15, 30:13, 31:2, 31:24
**Court** [22] - 1:25, 2:20, 3:2, 3:6, 3:14, 9:6, 9:10, 9:12, 10:25, 11:11, 11:12, 11:20, 12:3, 17:11, 21:22, 22:20, 25:10, 28:6, 28:19, 30:13, 30:22, 32:11
**courtroom** [2] - 25:19, 25:21
**create** [1] - 31:16
**crime** [2] - 11:7, 27:3
**CRIMINAL** [1] - 1:5
**Criminal** [2] - 24:16, 32:4
**criminal** [4] - 3:16, 22:17, 24:16, 28:18
**critical** [1] - 15:12
**cross** [1] - 15:25
**cross-examine** [1] - 15:25
**CSAV** [2] - 28:7, 28:9
**culpability** [2] - 3:16, 13:12
**customers** [3] - 19:13, 19:24, 20:3
**Cutler** [1] - 2:10

**D**

**date** [1] - 29:20
**days** [2] - 29:20, 31:11
**de** [5] - 2:11, 4:19, 7:16, 22:22, 32:4
**DE** [1] - 1:6
**decide** [1] - 6:7
**decided** [1] - 16:18
**deeply** [1] - 28:9
**defect** [1] - 31:6
**defendant** [15] - 3:13, 4:1, 5:21, 6:6, 17:23, 19:9, 19:19, 20:10, 20:20, 20:24, 22:22, 22:24, 26:24, 28:17, 31:14
**DEFENDANT** [54] - 1:7, 4:4, 4:7, 4:12, 4:14, 4:16, 4:20, 4:23, 5:8, 5:12, 6:2, 6:25, 7:7, 7:12, 7:19,

7:23, 8:2, 8:12, 8:18, 9:3, 9:14, 9:22, 10:3, 10:9, 10:20, 11:18, 11:23, 12:1, 12:13, 13:1, 13:5, 13:23, 14:9, 14:20, 15:3, 15:10, 15:20, 16:2, 16:13, 16:24, 17:6, 17:16, 18:9, 18:17, 18:24, 19:3, 21:8, 22:15, 22:19, 23:17, 23:20, 24:1, 28:5, 28:7
**Defendant** [2] - 1:21, 32:4
**defendant's** [2] - 13:17, 29:15
**defense** [1] - 17:2
**depart** [1] - 3:2
**departure** [3] - 25:11, 30:18, 30:21
**departures** [1] - 12:5
**depriving** [1] - 10:14
**derived** [1] - 11:7
**described** [1] - 17:14
**designee** [1] - 16:15
**detail** [1] - 10:23
**details** [1] - 27:11
**deter** [1] - 29:8
**determination** [1] - 12:15
**determined** [2] - 12:3, 13:11
**determining** [1] - 16:22
**deterrent** [1] - 29:6
**directly** [2] - 23:12, 30:3
**discount** [3] - 13:15, 24:22, 25:9
**discounted** [1] - 24:18
**discuss** [1] - 26:19
**discussing** [1] - 7:25
**discussions** [3] - 6:18, 19:20, 19:23
**dismiss** [1] - 30:25
**disposition** [1] - 30:5
**dispute** [1] - 24:15
**disputes** [2] - 24:2, 24:3
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 1:13, 20:16, 32:6
**divided** [1] - 2:22
**Division** [1] - 20:17
**Dorr** [1] - 2:11
**doubt** [4] - 15:7, 17:4, 18:6, 21:6
**down** [1] - 4:5
**downward** [1] - 30:17

**duly** [3] - 4:1, 5:16, 5:19
**duly-authorized** [2] - 5:16, 5:19
**during** [7] - 15:21, 16:16, 16:19, 19:22, 20:5, 20:19, 20:23

## E

**early** [2] - 13:17, 19:8
**effective** [1] - 27:22
**effectively** [1] - 27:21
**either** [1] - 17:25
**elements** [4] - 17:18, 17:21, 18:6, 23:3
**eliminate** [2] - 19:12, 28:24
**elsewhere** [2] - 19:16, 20:3
**employees** [2] - 19:20, 20:24
**end** [6] - 6:18, 10:13, 10:17, 11:20, 14:2, 31:10
**enforcement** [1] - 16:9
**engage** [1] - 29:3
**engaged** [1] - 19:20
**engaging** [2] - 29:7, 29:9
**ensued** [1] - 26:5
**enter** [2] - 10:1, 14:5
**entered** [3] - 6:8, 17:11
**entering** [2] - 22:13, 22:23
**entire** [1] - 8:8
**entitled** [4] - 1:11, 10:1, 14:2, 15:13
**equaled** [1] - 11:5
**equate** [1] - 25:3
**equivalent** [2] - 24:23, 25:11
**Esquire** [4] - 1:19, 1:19, 1:22, 1:22
**essential** [2] - 17:18, 23:3
**event** [4] - 6:10, 6:13, 10:18, 15:16
**events** [1] - 3:16
**evidence** [3] - 15:23, 15:25, 28:19
**exact** [1] - 30:20
**examine** [1] - 15:25
**excuse** [1] - 26:1
**Exhibit** [5] - 7:3, 8:6, 18:13, 18:23, 19:1
**existed** [1] - 17:22
**export** [1] - 20:18
**exported** [1] - 20:20,

21:1
**expressed** [2] - 8:13, 8:14
**extent** [1] - 9:16

## F

**fact** [5] - 6:16, 16:19, 16:25, 19:1, 23:2
**factors** [5] - 12:8, 26:16, 28:16, 29:10, 30:16
**facts** [3] - 12:21, 12:22, 21:5
**factual** [5] - 18:12, 18:19, 18:22, 19:5, 24:2
**fair** [1] - 29:1
**fall** [1] - 30:14
**false** [1] - 6:23
**falsely** [1] - 6:21
**far** [3] - 23:9, 25:5, 29:10
**FBI** [1] - 2:6
**Federal** [1] - 12:6
**Felipe** [1] - 4:4
**felony** [1] - 10:11
**file** [2] - 31:12, 31:19
**final** [2] - 12:15, 13:19
**finally** [2] - 20:23, 22:10
**financial** [1] - 29:25
**findings** [1] - 30:16
**fine** [14] - 2:21, 3:3, 3:25, 8:23, 11:4, 11:5, 13:11, 13:13, 13:19, 24:19, 26:3, 29:5, 29:25, 30:23
**finish** [1] - 26:2
**firm** [1] - 2:10
**firms** [1] - 20:6
**first** [7] - 2:25, 5:15, 11:4, 17:22, 27:19, 29:22, 29:23
**five** [4] - 11:12, 13:12, 24:6, 24:14
**fix** [1] - 19:25
**fixing** [1] - 19:14
**flow** [1] - 18:2, 20:13
**FOR** [1] - 1:2
**force** [1] - 8:13
**foregoing** [1] - 32:2
**foreign** [4] - 18:1, 18:2, 20:9, 20:14
**forfeiture** [2] - 30:10, 30:11
**formal** [1] - 12:19
**four** [4] - 2:22, 18:15, 29:19, 29:24
**fourth** [1] - 3:1

**frankly** [1] - 29:3
**front** [2] - 7:6, 21:16
**full** [2] - 4:2, 28:8
**fully** [1] - 22:22
**fundamental** [1] - 31:6
**furnished** [1] - 4:17
**furtherance** [2] - 19:19, 20:15
**future** [1] - 29:8

## G

**Gail** [1] - 1:25, 32:10
**gain** [1] - 11:6
**general** [2] - 2:13, 9:1
**General** [2] - 4:12, 7:15
**George** [2] - 1:12, 32:5
**given** [2] - 14:7, 17:13
**GLR-14-0100** [1] - 1:5
**GLRB-14-0100** [1] - 32:5
**Government** [1] - 1:18
**government** [12] - 8:9, 10:24, 13:8, 14:1, 14:11, 15:6, 17:17, 18:5, 19:4, 21:5, 22:3, 26:8
**government's** [3] - 14:24, 17:3, 28:13
**Government's** [5] - 7:3, 8:6, 18:13, 18:23, 19:1
**greatest** [1] - 11:6
**guideline** [10] - 3:3, 12:16, 12:23, 13:3, 13:9, 13:21, 23:23, 25:7, 29:12, 30:14
**Guideline** [1] - 24:7
**Guidelines** [1] - 12:4
**guidelines** [3] - 12:6, 12:11, 13:11
**guilt** [2] - 15:7, 16:22
**guilty** [35] - 1:11, 2:18, 5:8, 5:9, 5:10, 6:6, 8:21, 9:20, 10:1, 10:2, 10:11, 10:12, 10:18, 10:22, 11:2, 11:17, 11:22, 11:25, 14:6, 14:17, 14:18, 14:19, 14:22, 17:3, 17:10, 17:19, 18:10, 22:14, 22:19, 22:25, 23:1, 23:5, 31:4, 31:7
**Guynn** [1] - 2:6

## H

**Hale** [1] - 2:10
**hand** [2] - 3:25, 4:5
**handcuffs** [1] - 16:11
**handled** [1] - 30:6
**handling** [1] - 26:7
**headset** [1] - 21:13
**hear** [3] - 15:22, 27:25, 28:3
**held** [1] - 16:20
**hereby** [1] - 32:2
**hesitate** [2] - 6:12, 6:14
**higher** [1] - 17:9
**history** [4] - 24:16, 26:15, 27:9, 28:18
**History** [1] - 24:16
**honest** [1] - 29:2
**Honor** [58] - 2:8, 2:9, 6:2, 6:25, 7:7, 7:12, 7:19, 7:23, 8:2, 8:12, 9:3, 9:14, 9:22, 10:3, 10:9, 10:20, 11:3, 11:18, 11:23, 12:1, 12:13, 13:1, 13:5, 13:10, 13:23, 14:9, 14:20, 15:3, 15:10, 15:20, 16:2, 16:13, 16:24, 17:6, 17:16, 17:20, 18:9, 18:24, 19:3, 19:7, 21:8, 22:5, 22:9, 22:15, 22:19, 23:17, 23:20, 24:1, 24:25, 25:14, 25:15, 26:23, 27:24, 28:5, 30:12, 31:1, 31:22, 31:23
**Honorable** [1] - 1:12, 32:5

## I

**idea** [1] - 26:20
**III** [2] - 1:13, 32:6
**import** [1] - 20:18
**important** [2] - 3:19, 22:12
**impose** [6] - 9:24, 9:25, 11:11, 11:12, 14:3, 28:3
**imposed** [1] - 9:8
**improper** [1] - 28:20
**IN** [1] - 1:1
**included** [4] - 14:13, 20:3, 21:24, 23:25
**includes** [1] - 28:12
**including** [2] - 11:22, 12:21
**incorporated** [1] -

21:25
**independent** [1] - 23:2
**indicated** [4] - 9:4, 9:9, 29:13, 30:17
**indictment** [2] - 5:15, 5:23
**individual** [2] - 3:16, 25:20
**industry** [1] - 27:18
**information** [7] - 2:19, 4:18, 5:5, 5:25, 8:21, 22:17, 23:25
**informed** [1] - 22:23
**initial** [1] - 2:18
**innocence** [1] - 16:23
**innocent** [1] - 15:5
**installments** [2] - 29:19, 29:22
**instruct** [1] - 16:9
**interest** [1] - 30:1
**international** [7] - 19:14, 20:1, 20:7, 20:11, 20:25, 28:24, 29:2
**interstate** [4] - 18:1, 18:2, 20:8, 20:14
**investigation** [2] - 13:18, 28:14
**involuntary** [1] - 31:5
**involved** [1] - 27:1
**issue** [1] - 30:10
**itself** [2] - 3:8, 9:10

## J

**Jacobs** [3] - 1:19, 2:2, 2:4
**JACOBS** [15] - 2:4, 11:3, 13:10, 14:13, 17:20, 19:7, 22:5, 24:25, 25:2, 25:14, 26:11, 26:22, 30:12, 31:1, 31:22
**January** [1] - 19:8
**joined** [1] - 17:24
**Joint** [6] - 3:4, 12:20, 12:25, 21:22, 23:15, 29:17
**joint** [1] - 23:22
**Jon** [2] - 1:19, 2:4
**Judge** [2] - 1:13, 32:6
**judgment** [1] - 29:20
**Judgment** [1] - 31:16
**jury** [7] - 14:23, 15:1, 15:8, 16:22, 17:5, 18:7, 21:7

## K

**keep** [1] - 10:15

**kind** [1] - 29:7
**knowing** [2] - 6:9, 23:1
**knowingly** [1] - 17:24

## L

**largest** [1] - 20:17
**last** [2] - 2:23, 7:9
**Latin** [1] - 27:15
**Law** [1] - 12:7
**law** [2] - 2:10, 16:9
**lawyers** [1] - 16:6
**least** [2] - 19:8, 25:9
**legal** [2] - 24:3, 28:9
**level** [3] - 24:6, 24:14, 30:21
**levels** [4] - 24:10, 24:13, 24:23, 25:2
**Levi** [2] - 1:12, 32:6
**licenses** [1] - 10:16
**lieu** [1] - 12:19
**light** [1] - 30:15
**listen** [1] - 21:14
**located** [1] - 18:14
**looks** [1] - 21:15
**losing** [1] - 10:17
**loss** [1] - 11:7

## M

**maintain** [1] - 19:25
**malfeasance** [1] - 28:20
**mandatory** [1] - 11:9
**manner** [1] - 6:9
**manufacturers** [1] - 20:4
**marked** [1] - 7:2
**MARYLAND** [1] - 1:2
**Maryland** [2] - 1:8, 20:16
**matter** [5] - 12:23, 23:7, 24:12, 24:17, 32:3
**maximum** [4] - 10:25, 11:3, 11:5, 11:15
**meeting** [1] - 19:23
**meetings** [1] - 19:21
**memoranda** [1] - 13:4
**Memoranda** [5] - 3:5, 12:20, 21:23, 23:16, 29:17
**Memorandum** [1] - 12:25
**middle** [1] - 7:13
**million** [20] - 2:21, 2:23, 2:25, 3:1, 3:4, 8:24, 11:6, 13:19, 24:19, 25:8, 25:12,

29:6, 29:14, 29:19, 29:23, 29:24, 30:19, 30:22, 30:24
**minimum** [1] - 13:13
**morning** [3] - 2:7, 2:8, 2:15
**most** [1] - 27:15
**moving** [1] - 2:19
**MR** [23] - 2:4, 2:8, 2:9, 2:16, 5:3, 11:3, 13:10, 14:13, 17:20, 19:7, 22:5, 22:9, 24:25, 25:2, 25:14, 25:15, 26:11, 26:22, 27:14, 30:12, 31:1, 31:22, 31:23

## N

**name** [5] - 4:2, 7:14, 7:15, 7:16, 7:24
**namely** [2] - 24:9, 28:23
**national** [1] - 29:3
**nature** [3] - 22:24, 27:1, 28:22
**near** [1] - 7:13
**necessarily** [1] - 31:13
**necessary** [5] - 16:10, 16:11, 21:9, 28:11, 30:21
**necessity** [1] - 30:7
**need** [6] - 6:11, 6:13, 24:3, 24:4, 29:3, 31:21
**needs** [1] - 23:9
**nevertheless** [1] - 3:17
**new** [2] - 20:19, 20:25
**next** [2] - 21:10, 25:17
**NO** [1] - 1:5
**noise** [1] - 6:16
**nonetheless** [1] - 30:15
**note** [1] - 8:3
**nothing** [2] - 26:13, 27:21
**notice** [2] - 11:21, 31:12
**Novoa** [1] - 4:4
**Number** [5] - 7:3, 8:7, 18:14, 18:23, 19:2
**numerous** [1] - 30:4

## O

**oath** [2] - 3:11, 3:23
**obligation** [1] - 17:1
**obligations** [1] - 28:10
**obtain** [1] - 10:15

**obviously** [1] - 27:14
**occurred** [2] - 18:1, 28:20
**ocean** [8] - 19:10, 19:14, 19:21, 20:1, 20:7, 20:11, 20:25, 28:25
**OF** [2] - 1:2, 1:4
**offense** [10] - 10:10, 10:11, 10:13, 11:1, 11:16, 14:18, 17:19, 17:21, 18:20, 19:5, 23:3, 23:5, 24:6, 24:8, 24:13, 24:14, 24:23, 26:21, 26:23, 27:5, 27:19, 28:23, 29:1
**offenses** [2] - 27:7, 27:8
**officer** [1] - 26:3
**officers** [1] - 16:9
**Official** [2] - 1:25, 32:11
**old** [1] - 4:14
**one** [6] - 8:13, 8:21, 18:6, 20:6, 20:17, 26:16
**ongoing** [3] - 13:18, 28:13, 29:16
**open** [2] - 29:1, 29:17
**operations** [1] - 27:15
**opportunity** [2] - 6:15, 12:24
**Order** [1] - 31:17
**order** [3] - 8:15, 25:23, 30:7
**ordered** [1] - 30:3
**ordering** [1] - 11:20
**original** [1] - 8:4
**otherwise** [2] - 15:17, 25:23
**outline** [2] - 10:25, 18:19
**outlined** [4] - 10:22, 13:4, 19:1, 29:16
**outlining** [1] - 12:20
**own** [2] - 3:16, 16:5

## P

**Pablo** [3] - 2:13, 4:4, 7:15
**page** [4] - 7:9, 7:10, 7:13, 7:14
**pages** [1] - 18:14
**paper** [1] - 2:17
**paragraph** [2] - 18:13, 18:18
**part** [2] - 21:24, 27:17
**participated** [1] -

19:10
**participating** [1] - 26:25
**particularly** [1] - 29:11
**parties** [15] - 3:2, 3:8, 8:23, 9:6, 9:17, 11:21, 12:20, 21:23, 23:8, 24:5, 24:21, 25:6, 30:4, 30:23
**parties'** [1] - 2:20
**party** [1] - 9:13
**payment** [1] - 2:23
**payments** [3] - 2:22, 2:24, 20:7
**penalties** [2] - 11:1, 11:16
**penalty** [1] - 11:4
**pending** [5] - 5:10, 8:22, 22:18
**people** [2] - 14:25, 26:4
**per** [1] - 11:10
**percent** [3] - 13:16, 24:21, 25:9
**period** [4] - 20:5, 20:19, 20:23, 26:24
**perjury** [1] - 6:23
**permitted** [1] - 12:6
**permitting** [1] - 9:19
**persist** [1] - 14:19
**persuade** [1] - 8:15
**Pickering** [1] - 2:10
**pinpoint** [1] - 30:20
**place** [2] - 25:22, 27:22
**placed** [2] - 3:22, 4:21
**player** [1] - 27:18
**plea** [42] - 1:11, 2:19, 3:12, 5:9, 5:24, 6:6, 6:7, 7:2, 7:5, 7:9, 7:10, 7:21, 8:4, 8:7, 8:19, 9:2, 9:5, 9:16, 9:20, 10:1, 10:2, 10:12, 10:19, 10:22, 10:23, 11:22, 11:25, 14:5, 14:6, 14:14, 14:19, 17:10, 18:11, 22:14, 22:23, 22:25, 23:1, 23:4, 26:12, 31:4, 31:7, 31:11
**plead** [5] - 5:6, 5:8, 8:21, 14:17, 14:18, 22:16
**pleading** [4] - 10:11, 11:2, 11:17, 17:19
**pled** [1] - 14:22
**point** [2] - 3:6, 21:10
**Port** [2] - 20:17, 20:22
**portion** [4] - 21:10, 21:20, 25:17, 25:22

**ports** [1] - 20:18
**possible** [4] - 11:1, 11:16, 11:25, 12:5
**potentially** [1] - 26:20
**prearraignment** [1] - 31:15
**present** [2] - 16:4, 17:1
**presented** [1] - 28:19
**presentence** [3] - 12:16, 12:19, 21:25
**presents** [1] - 28:17
**presumed** [1] - 15:5
**previously** [1] - 26:17
**prices** [2] - 19:14, 19:25
**primary** [1] - 19:11
**privacy** [1] - 6:17
**probation** [2] - 11:12, 26:3
**procedures** [1] - 27:23
**proceed** [4] - 3:23, 5:23, 23:7, 23:12
**proceeding** [8] - 3:6, 5:22, 5:24, 12:25, 25:18, 25:22, 26:3, 31:6
**proceedings** [8] - 9:10, 15:13, 16:19, 21:11, 25:17, 26:5, 26:6, 31:25
**promise** [1] - 26:2
**promises** [1] - 8:10
**prompt** [1] - 29:16
**promptly** [1] - 27:20
**proof** [1] - 17:3
**properly** [2] - 22:4, 22:8
**proposed** [2] - 12:22, 13:3
**prosecution** [2] - 5:23, 6:23
**prove** [4] - 15:6, 17:3, 18:5, 21:5
**provide** [2] - 11:20, 27:11
**provided** [1] - 13:18
**punishment** [1] - 8:24
**purpose** [2] - 5:21, 19:11
**purposes** [3] - 5:24, 30:16, 31:19
**pursuant** [12] - 3:12, 8:22, 9:5, 16:8, 23:8, 24:6, 24:9, 24:12, 24:18, 24:24, 30:18, 30:22
**put** [7] - 3:10, 4:5, 6:16, 14:12, 24:19, 25:9, 27:22

## Q

**questions** [3] - 3:12, 6:21, 22:11
**quickly** [1] - 31:18
**quite** [1] - 29:3

## R

**raise** [1] - 3:25
**raised** [1] - 30:1
**range** [16] - 3:3, 12:16, 13:3, 13:9, 13:13, 13:14, 13:16, 13:22, 23:23, 24:19, 24:22, 25:7, 25:11, 30:14, 30:19
**rate** [1] - 24:18
**reached** [1] - 19:23
**reacted** [1] - 27:20
**read** [4] - 5:4, 7:20, 18:21, 23:18
**reading** [1] - 7:25
**reads** [1] - 7:15
**rearraignment** [1] - 3:20
**reason** [2] - 15:17, 16:18
**reasonable** [4] - 15:7, 17:4, 18:6, 21:6
**reasons** [1] - 3:4
**Reasons** [1] - 31:17
**recommendation** [2] - 8:23, 23:23
**recommendations** [3] - 3:7, 9:17, 9:19
**recommended** [6] - 2:21, 3:9, 9:8, 26:11, 27:4, 29:18
**recommending** [1] - 13:15
**record** [6] - 4:3, 8:3, 10:4, 14:12, 23:11, 26:17
**rectify** [1] - 28:11
**reduced** [1] - 24:13
**reference** [1] - 5:20
**reflect** [1] - 23:11
**reflects** [1] - 27:4
**regard** [2] - 6:17, 26:10
**regarding** [2] - 22:12, 29:13
**regret** [1] - 28:9
**Reichel** [2] - 1:19, 2:5
**REICHEL** [1] - 2:8
**rejected** [1] - 9:18
**related** [1] - 30:4
**relatively** [1] - 27:17
**relevant** [4] - 20:5,

20:19, 20:23, 26:24
**remain** [2] - 4:7, 25:23
**remained** [1] - 4:9
**report** [2] - 12:16, 12:19, 21:25
**Reporter** [2] - 1:25, 32:11
**REPORTER'S** [1] - 32:1
**represent** [2] - 4:25, 15:14
**representations** [2] - 3:15, 30:3
**representative** [5] - 2:12, 3:11, 5:17, 5:19, 16:15
**representatives** [1] - 19:21
**representing** [1] - 2:11
**represents** [2] - 8:7, 8:8
**request** [2] - 16:8, 23:8
**required** [2] - 14:17, 15:6
**research** [1] - 25:5
**resolved** [2] - 24:3, 24:4
**respect** [3] - 26:22, 27:6, 27:9
**response** [1] - 23:11
**responsibility** [1] - 28:8
**restitution** [3] - 11:11, 30:2, 30:7
**result** [2] - 25:18, 30:17
**results** [1] - 13:19
**retained** [1] - 4:24
**retaining** [1] - 31:10
**returned** [1] - 21:19
**review** [1] - 12:24
**reviewed** [3] - 18:21, 21:22, 23:15
**rig** [1] - 19:24
**rigging** [1] - 19:13
**rights** [9] - 3:19, 3:20, 10:14, 10:18, 10:21, 14:11, 17:14, 22:12, 31:10
**rise** [1] - 3:17
**Rob** [1] - 2:6
**roll** [16] - 19:11, 19:15, 19:22, 20:1, 20:2, 20:5, 20:11, 20:12, 20:20, 20:21, 28:25
**roll-off** [8] - 19:11, 19:15, 19:22, 20:2, 20:5, 20:12, 20:21,

28:25
**roll-on** [8] - 19:11, 19:15, 19:22, 20:1, 20:5, 20:11, 20:20, 28:25
**routes** [2] - 19:13, 19:24
**RPR** [1] - 1:25
**Rule** [1] - 9:5
**run** [1] - 30:1
**Russell** [2] - 1:13, 32:6

## S

**S.A** [2] - 1:6, 32:4
**sake** [1] - 25:4
**sale** [1] - 28:24
**sales** [1] - 20:24
**satisfaction** [4] - 15:8, 17:4, 18:7, 21:7
**satisfied** [2] - 4:25, 18:11
**score** [1] - 13:12
**seal** [2] - 21:10, 25:22
**sealed** [6] - 21:17, 21:20, 25:18, 25:23, 26:5, 26:6
**seated** [1] - 6:4
**second** [1] - 17:23
**Section** [2] - 19:18, 28:16
**see** [2] - 15:22, 25:25
**seek** [1] - 9:6
**seeking** [2] - 3:2, 24:21
**selecting** [1] - 14:24
**sentence** [19] - 2:21, 3:9, 9:7, 9:11, 9:24, 9:25, 12:2, 14:2, 22:1, 26:10, 26:12, 27:4, 28:3, 29:5, 29:18, 29:19, 30:13, 31:8
**Sentencing** [7] - 3:5, 12:4, 12:7, 21:22, 23:15, 24:7, 29:17
**sentencing** [10] - 1:12, 2:20, 9:17, 12:7, 12:11, 23:7, 23:13, 23:23, 26:8, 29:12
**September** [1] - 19:9
**serious** [3] - 27:3, 29:1
**seriously** [1] - 27:24, 28:10
**seriousness** [3] - 26:21, 26:23, 27:5
**serve** [2] - 15:1, 29:6
**services** [6] - 19:15,

20:1, 20:8, 20:11, 20:25, 28:25
**set** [1] - 12:8
**several** [1] - 11:4
**Sherman** [1] - 19:17
**shipped** [1] - 20:6
**shipping** [6] - 19:14, 20:1, 20:7, 20:11, 20:25, 28:25
**sides** [1] - 25:8
**signature** [1] - 7:17
**signed** [2] - 7:24, 8:4
**Simpkins** [2] - 1:25, 32:10
**sit** [2] - 5:18, 14:25
**situation** [1] - 28:12
**size** [1] - 24:9
**small** [2] - 27:17, 27:18
**someone** [1] - 8:15
**soon** [1] - 26:2
**sorry** [1] - 13:7
**speaking** [3] - 3:17, 6:19, 10:7
**special** [2] - 11:9, 30:8
**specific** [3] - 10:23, 24:8, 30:7
**specifically** [2] - 18:14, 18:18
**stabilize** [1] - 19:25
**stage** [1] - 15:12
**stand** [2] - 3:24, 28:6
**standing** [2] - 4:7, 4:9
**starting** [1] - 29:20
**state** [1] - 4:2
**Statement** [1] - 31:17
**statement** [1] - 6:24
**statements** [1] - 26:9
**STATES** [2] - 1:1, 1:4
**States** [16] - 1:13, 2:5, 12:4, 12:8, 19:16, 20:2, 20:12, 20:18, 21:1, 22:21, 24:7, 26:13, 27:6, 28:21, 32:3, 32:6
**step** [1] - 25:21
**steps** [1] - 28:11
**Steve** [1] - 2:9
**Steven** [1] - 1:22
**stipulate** [1] - 25:6
**stipulation** [2] - 12:23, 13:9
**strongly** [1] - 28:10
**subject** [1] - 27:20
**submitted** [5] - 2:17, 3:4, 12:20, 21:23, 23:16
**subpoena** [2] - 16:6, 16:8

**subsections** [1] - 18:19
**subsequent** [1] - 7:25
**substantial** [1] - 29:15
**substantially** [2] - 17:25, 20:13
**SUD** [1] - 1:6
**Sud** [5] - 2:11, 4:19, 7:15, 22:21, 32:4
**summarize** [2] - 13:8, 19:5
**supported** [1] - 23:2
**suppress** [1] - 19:12
**suppression** [1] - 28:23
**Swillo** [1] - 26:4
**sworn** [1] - 4:1

## T

**tables** [1] - 21:19
**terms** [5] - 8:19, 9:2, 9:7, 9:11, 9:16
**testify** [4] - 16:11, 16:16, 16:18, 16:20
**testifying** [2] - 15:23, 15:25
**testimony** [1] - 16:4
**THE** [137] - 1:1, 1:2, 2:2, 2:7, 2:15, 2:17, 3:24, 4:2, 4:4, 4:5, 4:7, 4:8, 4:9, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:20, 4:21, 4:23, 4:24, 5:4, 5:8, 5:9, 5:12, 5:13, 5:14, 6:2, 6:3, 6:25, 7:1, 7:7, 7:8, 7:12, 7:13, 7:19, 7:20, 7:23, 7:24, 8:2, 8:3, 8:12, 8:13, 8:18, 8:19, 9:3, 9:4, 9:14, 9:15, 9:22, 9:23, 10:3, 10:4, 10:9, 10:10, 10:20, 10:21, 11:14, 11:18, 11:19, 11:23, 11:24, 12:1, 12:2, 12:13, 12:14, 13:1, 13:2, 13:5, 13:6, 13:20, 13:23, 13:24, 14:9, 14:10, 14:15, 14:20, 14:21, 15:3, 15:4, 15:10, 15:11, 15:20, 15:21, 16:2, 16:3, 16:13, 16:14, 16:24, 16:25, 17:6, 17:7, 17:16, 17:17, 18:3, 18:9, 18:10, 18:17, 18:18, 18:24, 18:25, 19:3,

19:4, 21:3, 21:8,
21:9, 21:15, 21:16,
21:21, 22:6, 22:10,
22:15, 22:16, 22:19,
22:20, 23:17, 23:18,
23:20, 23:21, 24:1,
24:2, 25:1, 25:4,
25:16, 26:7, 26:14,
27:12, 27:25, 28:5,
28:6, 28:7, 28:15,
30:13, 31:2, 31:24
**themselves** [1] - 26:1
**therefore** [1] - 23:4
**therein** [1] - 23:25
**third** [2] - 11:21, 17:24
**thorough** [1] - 24:11
**three** [5] - 2:25, 17:20,
18:14, 29:22, 29:23
**timely** [1] - 24:11
**Title** [1] - 12:8
**today** [2] - 12:25,
29:18
**Todd** [2] - 1:22, 2:13
**together** [1] - 25:5
**top** [2] - 7:14, 13:14
**total** [2] - 2:24, 8:23
**trade** [1] - 20:14
**training** [1] - 27:23
**transcript** [1] - 32:2
**traveled** [1] - 20:8
**trial** [12] - 3:19, 14:23,
15:5, 15:12, 15:22,
16:17, 17:8, 17:12,
17:13, 17:14, 21:5,
21:19
**trucks** [3] - 19:16,
20:4, 21:1
**true** [1] - 32:7
**turn** [4] - 7:4, 7:8,
18:12, 25:24
**twice** [2] - 11:6, 11:7
**two** [2] - 24:10, 24:13
**type** [1] - 29:9
**typed** [2] - 7:14

# U

**U.S.-based** [1] - 20:4
**U.S.C** [1] - 19:17
**ultimately** [1] - 17:2
**unanimous** [4] - 15:7,
17:4, 18:7, 21:6
**under** [10] - 3:11, 3:23,
8:19, 13:11, 13:24,
17:1, 25:22, 30:16,
31:11, 31:15
**undermines** [1] - 29:1
**understood** [2] - 9:12,
9:15
**UNITED** [2] - 1:1, 1:4

**United** [17] - 1:13, 2:4,
12:4, 12:8, 13:7,
19:16, 20:2, 20:12,
20:18, 21:1, 22:21,
24:6, 26:12, 27:6,
28:21, 32:3, 32:6
**unlawful** [2] - 31:5,
31:9
**unless** [1] - 23:8
**up** [13] - 6:18, 10:13,
10:17, 11:12, 11:20,
14:2, 14:7, 17:13,
21:11, 21:12, 22:13,
28:6, 31:10
**USA** [1] - 4:18

# V

**valuable** [1] - 10:14
**VAPORES** [1] - 1:6
**Vapores** [5] - 2:12,
4:19, 7:16, 22:22,
32:4
**variance** [2] - 25:10
**vary** [1] - 30:23
**versus** [2] - 4:18,
22:21
**victims** [3] - 11:8,
11:11, 11:22
**violation** [1] - 19:17
**violence** [1] - 8:14
**volume** [1] - 27:1
**voluntarily** [1] - 16:6
**voluntary** [2] - 6:9,
23:1
**vs** [1] - 32:3
**VS** [1] - 1:5

# W

**waive** [2] - 3:19, 5:22
**waived** [4] - 14:7,
14:11, 17:12, 31:7
**waiver** [1] - 5:15
**whatsoever** [2] -
16:21, 17:2
**willing** [3] - 3:7, 9:10
**Wilmer** [1] - 2:10
**wish** [2] - 5:6, 5:8
**withdraw** [2] - 9:19,
10:1
**witnesses** [5] - 15:23,
15:25, 16:5, 16:7
**word** [3] - 7:21, 18:22,
23:18
**wrongdoing** [1] -
26:17

# Y

**year** [3] - 3:1, 4:15,
29:24
**years** [4] - 2:25, 4:14,
11:13, 29:23